

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00344-CV

**IN THE INTEREST OF A.A.T.**, a Child

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31,313
Honorable Enrique Fernandez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED December 28, 2016.

_____
Marialyn Barnard, Justice